**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                   TELEPHONE (334) 954-3600

March 27, 2007

# NOTICE OF CORRECTION

**From:**          **Clerk's Office**

**Case Style:**    **USA vs. Cecillo Pacache, et al.**

**Case Number:**   **2:06cr169-08-MEF**

This Notice of Correction has been filed in the above referenced case to notice parties of the previously omitted pdf.