IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

## ORDER

The Court finds that the defendant is eligible for the appointment of counsel

pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Accordingly, it is

ORDERED that a CJA panel attorney be appointed to represent the defendant

for all further proceedings.  The CJA panel attorney shall file a written notice of

appearance with this Court.

DONE, this 27th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE