IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:06CR-169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment previously set for **April 18, 2007**, at **10:00 a.m.** be and is hereby **RESET** for **April 18, 2007 at 9:30 a.m.**, in courtroom 5B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

DONE, this 29th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE