**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:06-cr-00169-WKW-SRW-8** |
| | ) | |
| **PACACHE ET AL** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **DEMETRIA MILLS** in the above-styled matter.

Dated this 12th day of April 2007.

                                            Respectfully submitted,

                                            **s/Everett M. Urech**
                                            **EVERETT M. URECH**
                                            **AL BAR NO.: ASB-6693-E44E**
                                            Attorney for Defendant
                                            Urech & Livaudais, P.C.
                                            P.O. Drawer 70
                                            510 N. Daleville Ave
                                            Daleville, AL 36322
                                            TEL: (334) 598-4455
                                            FAX: (334) 598-2076
                                            E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris and John T. Harmon) One Court Square, Suite 201, Montgomery, Alabama 36104.

                                    <u>**s/Everett M. Urech**</u>
                                    **EVERETT M. URECH**