IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-169-WKW |
| | ) | |
| CECILLO PACHACHE, *et al.* | ) | |

## ORDER REGARDING CRIMINAL FORFEITURE OF ONE 2002 CHEVROLET TAHOE IN GOVERNMENT CUSTODY

Before the court is the United States of America's Application for Order Regarding Criminal Forfeiture of One 2002 Chevrolet Tahoe in Government Custody 18 U.S.C. § 983(a)(3)(B)(ii)II) (Doc. # 161). The property in question is One 2002 Chevrolet Tahoe, which is already in the lawful custody of the Government. Further, the Government filed a Bill of Particulars asserting that it will maintain and preserve the seized asset throughout the pending criminal case so that it will be available for forfeiture.

It is ORDERED that the government's motion (Doc. # 161) is GRANTED, and that the United States and its agencies, including the Drug Enforcement Administration and/or the United States Marshals Service, are authorized to maintain and preserve the seized asset until the conclusion of the instant criminal case and the related forfeiture matter, pending further order of the court.

It is further ORDERED, that this Order satisfies the requirements described in Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

Done this 23rd day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE