IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| DARRYL L. BROWN | ) | |
| ROGER WALTON | ) | |
| DEMETRIA MILLS | ) | |

**ORDER**

Upon consideration of Defendant Darryl L. Brown's motion for continuance (Doc. # 228), filed May 1, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

A new pretrial conference for the above-named defendants is scheduled for 11:00 a.m. on May 15, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

These defendants are being set for pretrial conference on this date because their attorneys were not present for the pretrial conference set on May 9, 2007. Defendant Brown's attorney had permission to be absent because of a conflict. Demetria Mills' attorney, Everett Urech, was absent without excuse; however, it appears to the court that Urech was not sent notice of the hearing (Order on Arraignment, Doc. # 203, entered on April 20, 2007). Defendant Roger Walton's attorney, Greg Pool, also was absent without excuse. The court's records reflect that notice of the hearing (contained in the pretrial conference order, Doc. #188) was transmitted to Mr. Pool by electronic mail on April 4,

2007. Accordingly, attorney Greg Pool is DIRECTED to file, in writing, an explanation as to why he was not present at the pretrial conference on May 9, 2007.

DONE, this 9th day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE