IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:06-cr-00169-WKW-SRW-8 |
| ) | |
| (DEMETRIA MILLS) ) | |
| ) | |
| CECILLO PACACHE, et. al.   ) | |

MOTION FOR BILL OF PARTICULARS
DEMETRIA MILLS

**COMES NOW** the undersigned counsel the Defendant, Demetria Mills, and moves for a Bill of Particulars under Rule 7(f) Federal Rules of Criminal Procedure.

Ms. Mills is charged in count one of the indictment in this case with conspiring with others named in the count to possess and with intent to distribute "crack cocaine" and "cocaine powder". The count is silent concerning her actions in participating in the conspiracy.

Count 23 of the indictment states that on 22 August 2005 at approximately 3:16 PM in the Middle District of Alabama, the Defendant Demetria Mills and Cliff Johnson did knowingly and intentionally use a communication facility, that is a cellular telephone bearing telephone number (205) 415-0106, causing and facilitating the offense set forth in Count 1 of the indictment and incorporated by reference therein. The count is silent on what actions were taken by Ms. Mills in using such a telephone call. The count is silent on how the telephone call caused or facilitated the offense in Count 1 of the indictment. The Defendant asks the government to specify what conduct it alleges of the Defendant and how such conduct, if any, caused or facilitated the offense set forth in Count 1 of the

indictment.

Count 28 states that on 9 September 2005, in the Middle District of Alabama, the Defendant Demetria Mills and Cliff Johnson did knowingly and intentionally use a communication facility, that is a cellular telephone bearing telephone number (205) 415-0108, causing and facilitating the offense set forth in Count 1 of the indictment and incorporated by reference therein. The count is silent on what actions were taken by Ms. Mills in using such a telephone call. The count is silent on how the telephone call caused and facilitated the offense in Count 1 of the indictment. The Defendant asks the government to specify what conduct it alleges of the Defendant and how such conduct, if any, caused or facilitated the offense set forth in Count 1 of the indictment.

Count 31 states that on the 21 September 2005, in the Middle District of Alabama, the Defendant Demetria Mills and Cliff Johnson did knowingly and intentionally use a communication facility, that is a cellular telephone, causing and facilitating the offense set forth in Count 1 of the indictment and incorporated by reference therein. The count is silent on what actions were taken by Ms. Mills in using such a telephone call. The count is silent on how the telephone call caused and facilitated the offense in Count 1 of the indictment. The Defendant asks the government to specify what conduct it alleges of the Defendant and how such conduct, if any, caused or facilitated the offense set forth in Count 1 of the indictment.

Dated this 24th day of September 2007.

                                        Respectfully submitted,

                                        **s/Everett M. Urech**
                                        **EVERETT M. URECH**
                                        **AL BAR NO.: ASB-6693-E44E**
                                        Attorney for Defendant
                                        Urech & Livaudais, P.C.
                                        P.O. Drawer 70

          510 N. Daleville Ave
          Daleville, AL 36322
          TEL: (334) 598-4455
          FAX: (334) 598-2076
          E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

     I hereby certify that on September 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris and John T. Harmon) Office of U.S. Attorney, Middle District of Alabama, Montgomery, Alabama 36104.

          **s/Everett M. Urech**
          **EVERETT M. URECH**