IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

## **ORDER**

Upon consideration of defendant's motion for bill of particulars (Doc. # 311), filed September 24, 2007, and for good cause, it is

ORDERED that the government file a response to the motion on or before October 4, 2007.

DONE, this 25th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE