IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CASE NO: 2:06-cr-00169-WKW-SRW |
| ) | |
| (DEMETRIA MILLS) ) | |
| ) | |
| CECILLO PACACHE, et. al. ) | |

NOTICE OF INTENT TO CHANGE PLEA
(DEMETRIA MILLS)

**COMES NOW** the undersigned counsel for the Defendant, Demetria Mills, and gives notice that Ms. Mills desires to change her plea to guilty concerning counts 23, 28, and 31 of the indictment.

Dated this 1st day of October 2007.

        Respectfully submitted,

        **s/Everett M. Urech**
        **EVERETT M. URECH**
        **AL BAR NO.: ASB-6693-E44E**
        Attorney for Defendant
        Urech & Livaudais, P.C.
        P.O. Drawer 70
        510 N. Daleville Ave
        Daleville, AL 36322
        TEL: (334) 598-4455
        FAX: (334) 598-2076
        E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris and John T. Harmon) Montgomery, Alabama 36104.

                                                     <u>s/Everett M. Urech</u>
                                                     **EVERETT M. URECH**