IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CASE NO: 2:06-cr-00169-WKW-SRW |
| ) | |
| (DEMETRIA MILLS) ) | |
| ) | |
| CECILLO PACACHE, et. al. ) | |

**MOTION TO RESET SENTENCING DATE**
**(DEMETRIA MILLS)**

**COMES NOW** the undersigned counsel for the Defendant, Demetria Mills, and requests that the court reset the sentencing date for Ms. Mills which is now scheduled for January 25, 2008. On that date counsel's son, Anthony Urech, is receiving his commission as an ensign in the United States Navy upon his graduation from officer candidate school in Newport, Rhode Island. Counsel is a retired U.S. Army officer and would like to be there for his son's commissioning ceremony.

I have co-ordinated this request the prosecutor in the case and she has no objection to rescheduling the date.

Dated this 3rd day of December 2007.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  United States Attorney - Criminal Division (A. Clark Morris and John T. Harmon) Montgomery, Alabama 36104.

                                                                   <u>s/Everett M. Urech</u>
                                                                   **EVERETT M. URECH**