IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

ORDER

Upon consideration of the defendant's Motion to Reset Sentencing Date (Doc. # 464), it is ORDERED that the sentencing date in this matter is continued from January 25, 2008 to **January 30, 2008, at 11:45 a.m.**

DONE this 7th day of December, 2007.

                                        /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE