PS-72C
(8/03)

# United States District Court

## for

## Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Demetria Mills                                  Case Number: 2:06cr169-WKW

Name of Releasing Judicial Officer: The Honorable James E. Seibert, U.S. Magistrate Judge
Northern District of West Virginia
Date of Release: March 15, 2007

Original Offense: Theft of Mail Matter

Type of Release: Personal Recognizance Bond with Pretrial Supervision

Date of Next Court Appearance: January 25, 2008 (sentencing)

Conditions of Release: Report to pretrial services as directed, Maintain employment, No firearms, Drug testing and/or treatment, Report change in address, Shall not enter any establishment, business, club or private residence where alcohol or controlled substances are sold, dispensed, distributed or used, Avoid victim/witnesses in case, No use or possession of narcotic drug unless prescribed.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7H: "The defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances..." | The defendant is currently being supervised by U.S. Probation Officer Martha Mears, Northern District of Alabama. USPO Mears reported to this office that the defendant tested positive for marijuana on November 7th and 26th, 2007. The defendant admitted using prior to drug testing on November 7th, but denies any new use since that time. She began attending outpatient group counseling at the Alabama Abuse Counseling Center on November 26, 2007. |

Supervision history of defendant and actions taken by officer: As previously reported to the Court, the defendant tested positive for marijuana on July 30th and August 21st, 2007. It was recommended at that time that no action be taken and her drug testing schedule be increased. USPO Mears advised that the defendant had tested negative for illegal substances on a drug test conducted between November 7th and 26th, and feels that the defendant is being deceptive regarding her use of marijuana.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
    [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

PS 12C
(8/03)

                        Respectfully submitted,

by    /s/ Sandra G. Wood

Sandra G. Wood
Supervisory U.S. Probation Officer
Date: December 3, 2007

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

12/14/07
_____
Date