IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO: 2:06-cr-00169-WKW-SRW-8 |
| | ) |
| (DEMETRIA MILLS) | ) |
| | ) |
| CECILLO PACACHE, et. al. | ) |

**MOTION TO CONTINUE BOND FORFEITURE HEARING**

**COMES NOW** the undersigned counsel the Defendant, Demetria Mills, and moves to continue the Bond Hearing now set January 4, 2008 at 9:00 A.M. Counsel has a state circuit court hearing that has been continued and reset for the same time. Counsel would be available for the hearing late in the day on January 4, 2008.

Counsel also has discussed this matter with the U.S. Probation Office and with the Assistant U.S. Attorney in this case. Counsel understands that the this request for a bond hearing may be withdrawn since Ms. Mills is set to be sentenced at the end of January and she was entering drug rehabilitation at the time of testing positive for marijuana.

Dated this December 24, 2007.

Respectfully submitted,

**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455  FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris and John T. Harmon) Montgomery, Alabama 36104.

                                  <u>s/Everett M. Urech</u>
                                  **EVERETT M. URECH**