**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CASE NO: 2:06-cr-00169-WKW-SRW-8 |
| | ) |
| **(DEMETRIA MILLS)** | ) |
| | ) |
| **CECILLO PACACHE, et. al**. | ) |

**MOTION TO DISMISS HEARING**

**COMES NOW** the Defendant, Demetria Mills, through her undersigned counsel, and moves to dismiss the Conditions on Bond Hearing set January 4, 2008 at 9:00 A.M.

Ms. Mills has tested positive for marijuana while on bond. Ms. Mills is set to be sentenced at the end of January. She was entering drug rehabilitation at the time of testing positive for marijuana. She had tested negative numerous times while on bond. She understands that she violated her conditions on bond. She is remorseful for her actions and requests another chance to complete drug rehabilitation. Counsel also has discussed this matter with the U.S. Probation Office and with the Assistant U.S. Attorney in this case.

Dated this January 2, 2008.

    Respectfully submitted,

    **s/Everett M. Urech**
    **EVERETT M. URECH**
    **AL BAR NO.: ASB-6693-E44E**
    Attorney for Defendant
    Urech & Livaudais, P.C.
    510 N. Daleville Ave or P.O. Drawer 70
    Daleville, AL 36322
    TEL: (334) 598-4455  FAX: (334) 598-2076
    E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: United States Attorney - Criminal Division (A. Clark Morris and John T. Harmon) Montgomery, Alabama 36104.

                                        <u>s/Everett M. Urech</u>
                                        **EVERETT M. URECH**