IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

## ORDER

Upon consideration of defendant's motion to dismiss hearing (Doc. # 482), filed January 2, 2008, which the court construes as a motion to dismiss the petition filed by the probation officer on December 3, 2007 recommending that defendant's bond be revoked (Doc. # 465), and for good cause, it is

ORDERED that the motion to dismiss the petition be and hereby is GRANTED.[1] Defendant's motion to continue bond hearing (Doc. # 479) filed December 24, 2007 is accordingly DENIED as moot, as no hearing will be necessary on the petition.

DONE, this 3rd day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The probation officer has indicated to the court that she concurs with dismissal of the petition.