# STATE OF ALABAMA
## DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE    1658

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 33809403 | 1GNEC13Z52R236758 | 04 | 02/24/2005 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 2002 | CHEVROL | TAHOE | SU | 33734454 |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 08 | | XX | | 01/06/2005 | 1 | PEWTER | 0089609 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)

MILLS DEMETRIA

2723 8TH ST APT A
TUSCALOOSA    AL 35401
RESIDENT ADDRESS IF DIFFERENT

MAIL TO
TITLEMAX OF TUSCALOOSA 2
636 15TH ST E
TUSCALOOSA    AL 35401-3234

LEGEND(S)
NO TRANSFER OF OWNERSHIP INVOLVED
- ODOMETER READING NOT CERTIFIED

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder
By _____
Signature of Authorized Agent
Date _____

1ST LIENHOLDER'S NAME ADDRESS AND LIEN DATE    02/10/2005
TITLEMAX OF TUSCALOOSA 2
636 15TH ST E
TUSCALOOSA    AL 35401
2ND LIENHOLDER'S NAME ADDRESS AND LIEN DATE

Second Lienholder
By _____
Signature of Authorized Agent
Date _____

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) show hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

CONTROL NUMBER
31001939

COMMISSIONER OF REVENUE

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE.

FORM NO MVT 8-1 (5-2001)

HOLD TO LIGHT TO VIEW WATERMARK