IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                               CIVIL ACTION NO.: 2:06cr169-WKW

DEMETRIA MILLS,

    Defendant.

## AFFIDAVIT OF CHAUNCEY TEAGUE

STATE OF ALABAMA

COUNTY OF TUSCALOOSA

Chauncey Teague, being duly sworn, states as follows:

"My name is Chauncey Teague. I am of age, competent to testify and have personal knowledge of the matters stated herein. I am currently employed by TitleMax of Alabama, Inc. I am one of the custodians of its books and records.

Demetria Mills pawed the 2002 Chevrolet Tahoe, VIN 1GNEC13Z54R236758 at issue with TitleMax of Alabama, Inc. ("TitleMax") on February 10, 2005. At that time, TitleMax acquired a lien on the vehicle. A copy of the pawn agreement is attached hereto as Exhibit 1. TitleMax properly perfected its lien by recording it on the vehicle title. A copy of the title is attached hereto as Exhibit 2.

Demetria Mills continuously renewed that original pawn transaction with the last renewal being on October 28, 2005. Because no further payment has been made, under Alabama law, the vehicle has become the property of TitleMax of Alabama, Inc.

TitleMax loaned to Mills the amount of $3,500 to obtain its lien interest in the property. At that time, TitleMax had no cause to believe that the property was subject to forfeiture."

Furthermore the affiant saith not.

Sworn to and subscribed before me this ____ day of February, 2008.

5/2/2011