IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:06-CR-169-WKW |
| ) | |
| DEMETRIA MILLS ) | |

## **ORDER**

Title Max of Alabama has filed a Petition for Hearing to Adjudicate the Validity of the Interest of Titlemax of Alabama, Inc. in the Property Ordered Forfeited. (Doc. # 559.) It is ORDERED that the government shall file a response to this motion **on or before February 25, 2008.**

DONE this 12th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE