IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

## **ORDER**

This case is before the court on TitleMax of Alabama's Motion for Hearing to Adjudicate the Validity of the Interest of TitleMax of Alabama, Inc. in the Property Ordered Forfeited (Doc. # 559). It is ORDERED that the motion is GRANTED, and a hearing on this matter is SET for **Friday, April 4, 2008, at 10:30 a.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 28th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE