IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CASE NO. 2:06cr169-WKW |
| ) | |
| **DEMETRIA MILLS** ) | |

### UNITED STATES OF AMERICA'S MOTION
### FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

1. On December 19, 2007, this Court entered a Preliminary Order of Forfeiture (Doc. # 474) ordering defendant Demetria Mills to forfeit the following property to the United States:

    One 2002 Chevrolet Tahoe VIN: 1GNEC13Z52R236758.

2. On January 9, 2008, notice of this forfeiture was served upon TitleMax of Alabama, Inc. (Doc. # 501);

3. Notice of this forfeiture, notifying all third parties of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, was published in the Montgomery Advertiser newspaper on January 31 and February 7 and 14, 2008; additionally, notice of

this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on January 7, 2008, and ending on February 5, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. # 566);

    4.   On February 11, 2008, TitleMax of Alabama, Inc. ("TitleMax") filed a Petition for Hearing to Adjudicate the Validity of the Interest of TitleMax in the Property Ordered Forfeited, claiming a $3,500.00 lien interest (Doc. # 559);

    5.   On February 25, 2008, the United States filed its response to the petition (Doc. # 559) and agreed that the Preliminary Order of Forfeiture (Doc. # 474) should be amended to recognize the interest of TitleMax;

    6.   No other person has filed a petition of interest within the required thirty-day period.  Therefore, any other third-party interests are barred by failure of those parties to file a timely petition.

    Accordingly, the United States respectfully requests that this Court enter the proposed Final Order of Forfeiture filed herewith.

    Respectfully submitted this 25th day of March, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        Bar Number: ASB4152 W86T
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov


## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        Respectfully submitted,


        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney