⑨

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06cr169-WKW |
| DEFENDANT | TYPE OF PROCESS |
| CLIFF JOHNSON; DEMETRIA MILLS; JAMES CALVIN TALLEY | NOTICE OF CRIMINAL FORFEITURE |

**SERVE AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| MONTGOMERY ADVERTISER |
| ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101-1000 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Asset Identification No. 06-DEA-459110 (Chevrolet Impala)     PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS
06-DEA-458904 (Chevrolet Tahoe)
06-DEA-466449 ($30,141.84)

| Signature of Attorney or other Originator requesting service on behalf of : ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | (334) 223-7280 | 1/8/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date<br>1/9/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

RETURNED AND FILED

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*)     MAR 25 2008 | Date of Service 3/25/08 | Time 10:00 ☒ am ☐ pm |
| CLERK<br>U.S. DISTRICT COURT<br>M.D. OF ALA. | Signature of U.S. Marshal or Deputy<br>K. Chavers |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 530.0 | | | |

REMARKS: 1/28/08 C.M. # 7001 1140 0001 8579 7223
1/31/08 Received green card signed "Gary Edwards"
3/25/08 Paid invoice, ad received 3/24
Published 1/31, 2/7, 2/14/08

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|

**DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION, UNITED STATES OF AMERICA**

V. CR. NO. 2:06cr169-WKW, CECILIO PACHACHE, DEMETRIOUS TERRELL GUESS...

TERRENCE ANTWAN NEW; CARLOS ROLIX and ROCKY KOWBOKY TYWAN CHRISTOPHER INMAN UL; DEMETRIA MILLS; DARRYL LAMONT BROWN; DARNELL MONTREZE BROWN; ROBERTO LEZ CHILDRES; FOXER VALTON; JAMES EARL HUBBARD; JAMES CALVIN TALLEY a.k.a. Noodle; WILMON TIMOTHY BARNETT; and WILLIAM EARL ULMER a.k.a. Michael Ulmer.

**NAME OF THE PUBLICATION**
Notice of Criminal Forfeiture

**SUBJECT OF ADVERTISEMENT**
Montgomery Advertiser

**NUMBER OF TIMES ADVERTISED**
3

**SPECIFICATIONS FOR ADVERTISEMENT**

**COPY FOR ADVERTISEMENT**

**AUTHORITY TO**

**NUMBER**

**DATE** 01/28/08

**SIGNATURE OF AUTHORIZING OFFICER**

---

**ORDER NUMBER** johnson, mills, talley

**DATE** 01/28/2008

It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

**...TION OF PAPER ADVERTISEMENT APPEARED**

**...(s) ADVERTISEMENT ...ARED**   January 31, February 7, February 14, 2008

*Betty Dennis*

MY COMMISSION EXPIRES 11/06/2010

**INSTRUMENT OF ASSIGNMENT**

U.S. Marshal

NOTICE OF CRIMINAL FORFEITURE... United States Attorney John T. Harmon, Office of the United States Attorney, Middle District of Alabama, 131 Clayton Street, Post Office Box 197, Montgomery, Alabama 36101-0197; (334) 223-7280. Please check www.jonahlaws.gov...

Jesse Seroyer, Jr., United States Marshal, Middle District of Alabama. Mont. Adv. 1/31 2/7, 2/14/08, 7739657723657...

**INSTRUCTIONS TO PUBLISHERS**

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher.

Submit the voucher and a copy of the printed advertisement to:

▶ **U. S. Marshals Service**
**One Church Street, Suite A-100**
**Montgomery, AL 36104**

Extreme care should be exercised to insure that advertising... be set other than solid be definite, clear, and legible, without... made for paragraphing or display or leaded matter... specifically ordered, or for additional space such as... that specified. Specifications for advertising... copy submitted to the publisher will be attached...

The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

**IMPORTANT**

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.