IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

## **ORDER**

It is ORDERED that the Hearing to Adjudicate the Validity of the Interest of TitleMax of Alabama in the Property Ordered Forfeited scheduled for April 4, 2008, is CANCELLED. The hearing is cancelled because in the Motion for a Final Order of Forfeiture the United States concedes the validity of TitleMax's interest.

DONE this 3rd day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE