IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr169-WKW |
| | ) | |
| DEMETRIA MILLS | ) | |

**FINAL ORDER OF FORFEITURE**

On December 19, 2007, this court entered a Preliminary Order of Forfeiture (Doc. # 474) ordering defendant Demetria Mills to forfeit her interest in the following property: One 2002 Chevrolet Tahoe VIN: 1GNEC13Z52R236758. On March 25, 2008, the United States filed a Motion for a Final Order of Forfeiture (Doc. # 591). It is ORDERED that the motion is GRANTED for the following reasons.

Notice of this forfeiture, notifying all third parties of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Montgomery Advertiser newspaper on January 31 and February 7 and 14, 2008; additionally, notice of this forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on January 7, 2008, and ending on February 5, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (Doc. # 566).

TitleMax of Alabama, Inc. timely petitioned the court for a hearing to adjudicate the validity of its alleged interest in said property and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6) (Doc. #559).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  The following property is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853: **One 2002 Chevrolet Tahoe VIN: 1GNEC13Z52R236758.**

2.  All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States, and shall be disposed of according to law;

3.  The property shall be sold by the United States Marshals Service and all costs of sale, the United States Marshals Service's expenses, and the secured debt owed to Petitioner TitleMax of Alabama, Inc., shall be paid from the proceeds of sale. The total secured debt owed to Petitioner TitleMax of Alabama, Inc. is $3,500.00 and shall be paid through their counsel of record, Jeffery Ingram.

4.  The proceeds remaining after sale of the property and disbursement of funds as specified above, are hereby forfeited to the United States to be disposed of according to law;

5.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

      6.      Except as herein stated, all parties shall bear their own costs; and,

      7.      The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this 4th day of April, 2008.

                                  /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE