# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

(12)

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06cr169-WKW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DEMETRIA MILLS | FINAL ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ONE 2002 CHEVROLET TAHOE, VIN: 1GNEC13Z52R236758

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
c/o UNITED STATES MARSHALS SERVICE

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Tommie Brown Hardwick
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

RETURNED AND FILED
AUG 22
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Asset Identification No. 06-DEA-458904

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 04/04/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process No. | District of Origin No. 2 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk: K. Chavers | Date: 4/11/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Date of Service: 7/11/08   Time: am/pm

Signature of U.S. Marshal or Deputy: Purchase 2P55

| Service Fee | Total Mileage Charges | Forwarding Fee 8.00 | Total Charges | Advance Deposits | Amount Owed to US Marshal | Amount or Refund |

REMARKS: 4/11/08 FWD to SFL for service (for NIAL)
Served pursuant to the Final Order of Forfeiture.
Above property disposed of according to law.
Return executed

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)